1

2

3

4

5

6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                   AT SEATTLE

8   PAUL CHARLES SORENSEN,

9                        Plaintiff,          Case No. C18-1015-RSM

10        v.

11  EVGENIYA D. MORDEKHOVA, *et al.*,         ORDER DISMISSING ACTION

12                       Defendants.

13

14        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the

15  Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the

16  remaining record, hereby finds and ORDERS:

17        (1)    The Report and Recommendation is approved and adopted;

18        (2)    Plaintiff's civil rights complaint (Dkt. 3-1) and this action are DISMISSED,

19  without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

20        (3)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 3) and his motion for

21  change of venue (Dkt. 3-3) are DENIED as moot; and

22  / / /

23  / / /

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 25 day of September 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2